IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EDWARD DUCHENEAUX and MAE KELLER, as Co-Personal Representatives of the ESTATE OF PAUL DUCHENEAUX, DECEASED,<br><br>Plaintiffs,<br><br>vs.<br><br>LOWER YELLOWSTONE RURAL ELEXTRIC ASSOCIATION, INC., a Montana Corporation d/b/a Lower Yellowstone Rural Electric Cooperative,<br><br>Defendant. | CV 19-6-BLG-SPW-TJC<br><br>**ORDER** |

Plaintiffs move for the admission of Kenneth E. Barker to practice before this Court in this case with Larry G. Grubbs to act as local counsel. Mr. Barker's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Mr. Barker pro hac vice is GRANTED on the condition that Mr. Barker shall do his own work. This means that Mr. Barker must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or

from the Clerk's Office. Mr. Barker may move for the admission pro hac vice of one (1) associate of his firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Barker.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Barker, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 31st day of January, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge