IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EDWARD DUCHENEAUX and MAE KELLER, as Co-Personal Representatives of the ESTATE OF PAUL DUCHENEAUX, DECEASED,<br><br>Plaintiff,<br><br>vs.<br><br>LOWER YELLOWSTONE RURAL ELEXTRIC ASSOCIATION, INC., a Montana Corporation d/b/a Lower Yellowstone Rural Electric Cooperative,<br><br>Defendant. | CV 19-6-BLG-SPW-TJC<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO ATTEND PRELIMINARY PRETRIAL CONFERENCE BY TELEPHONE** |

Defendant has filed an unopposed motion to allow counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 15.) Good cause appearing, IT IS HEREBY ORDERED that Defendant's motion is GRANTED.

Defendant's counsel, Randall G. Nelson, may appear by telephone at the March 28, 2019 Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 18th day of March, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge