IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EDWARD DUCHENEAUX and MAE KELLER, as Co-Personal Representatives of the ESTATE OF PAUL DUCHENEAUX, DECEASED,<br><br>Plaintiffs,<br><br>vs.<br><br>LOWER YELLOWSTONE RURAL ELECTRIC ASSOCIATION, INC., a Montana Corporation, d/b/a LOWER YELLOWSTONE RURAL ELECTRIC COOPERATIVE, and ELLIOTT EQUIPMENT COMPANY, a Nebraska Corporation,<br><br>Defendants. | CV 19-6-BLG-SPW-TJC<br><br>**ORDER** |

Defendant Elliot Equipment Company moves for the admission of Patrick S. Cooper to practice before this Court in this case with Brian L. Taylor and Michael J. Johnson to act as local counsel. Mr. Cooper's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Patrick S. Cooper pro hac vice is GRANTED on the condition that Mr. Cooper shall do his own work. This means that Mr. Cooper must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-

ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Cooper, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 18th day of June, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge