IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EDWARD DUCHENEAUX and MAE KELLER, as Co-Personal Representatives of the ESTATE OF PAUL DUCHENEAUX, DECEASED,<br><br>Plaintiffs,<br><br>vs.<br><br>LOWER YELLOWSTONE RURAL ELECTRIC ASSOCIATION, INC., a Montana Corporation d/b/a Lower Yellowstone Rural Electric Cooperative, et al.,<br><br>Defendants. | CV 19-06-BLG-SPW-TJC<br><br>**ORDER** |

Defendant Elliot Equipment Company ("Elliot") has filed an unopposed motion for extension of time to file its response briefs to Plaintiff's Motion to Strike/Limit Elliot's Expert Rebuttal Report and Plaintiff's Motion to partially Exclude Testimony and Expert Opinions of Elliot's Expert Stuart B. Brown, Ph.D. (Doc. 97). Accordingly, IT IS HEREBY ORDERED that Elliot's motion is GRANTED. Elliot shall have until August 7, 2020, to file its response briefs to Plaintiff's motions.

DATED this 28th day of July, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge