IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EDWARD DUCHENEAUX and MAE KELLER, as Co-Personal Representatives of the ESTATE OF PAUL DUCHENEAUX, DECEASED,<br><br>Plaintiff,<br><br>vs.<br><br>LOWER YELLOWSTONE RURAL ELEXTRIC ASSOCIATION, INC., a Montana Corporation d/b/a Lower Yellowstone Rural Electric Cooperative, et al.,<br><br>Defendants. | CV 19-6-BLG-SPW-TJC<br><br>**ORDER** |

Defendant Elliot Equipment Company ("Elliot") has filed a Motion for Partial Summary Judgment. (Doc. 89.) Plaintiffs subsequently withdrew their objections to Elliot's motion, and consented to the dismissal of their failure to warn claims against Elliott. (Doc. 99.) Accordingly, Elliot's motion being unopposed, IT IS HEREBY ORDERED that Elliot's Motion for Partial Summary Judgment is GRANTED. Plaintiffs' failure to warn claims alleged at ¶ 34(g) and ¶ 43 of the Amended Complaint are DISMISSED.

DATED this 12th day of November, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge