IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EDWARD DUCHENEAUX and MAE KELLER, as Co-Personal Representatives of the ESTATE OF PAUL DUCHENEAUX, DECEASED,<br><br>Plaintiffs,<br><br>vs.<br><br>LOWER YELLOWSTONE RURAL ELECTRIC ASSOCIATION, INC., a Montana Corporation d/b/a Lower Yellowstone Rural Electric Cooperative, et al.,<br><br>Defendants. | CV 19-6-BLG-TJC<br><br>**ORDER REGARDING MOTION HEARING** |

A Motion Hearing is presently scheduled for May 5, 2021 at 9:00 a.m. Counsel are hereby notified that the Court will hear argument on the following motions:

1. Defendant Elliot Equipment Company's Motion in Limine Under Rule 702 (Doc. 127);

2. Elliott's Motion in Limine Omnibus (Doc. 130);

3. Elliott's Motion in Limine Daubert – Ellsworth (Doc. 133);

4. Elliott's Motion in Limine Daubert – Bezzant (Doc. 136);

5. Elliott's Motion in Limine Daubert – Medlin (Doc. 139);

6. Plaintiffs' Motion in Limine 6-13 (Doc. 142);

7. Plaintiffs' Motion in Limine 14-17 (Doc. 145);

8. Plaintiffs' Motion to Strike LYREC Animation/Video and Objection to Use (Doc. 148);

9. Plaintiffs' Motion to Strike LYREC's Affirmative Defenses (Doc. 193); and

10. Elliott's Motion to Strike Plaintiffs' March 11, 2021 Expert Disclosures (Doc. 219).

Witness testimony will not be required at the hearing. If it is determined that witness testimony regarding the various *Daubert* motions is necessary, a further hearing will be scheduled.

DATED this 26th day of April, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge