IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EDWARD DUCHENEAUX and MAE KELLER, as Co-Personal Representatives of the ESTATE OF PAUL DUCHENEAUX, DECEASED,<br><br>Plaintiffs,<br><br>vs.<br><br>LOWER YELLOWSTONE RURAL ELECTRIC ASSOCIATION, INC., a Montana Corporation d/b/a Lower Yellowstone Rural Electric Cooperative, et al.,<br><br>Defendants. | CV 19-6-BLG-TJC<br><br>**ORDER** |

    The Court having been notified of the settlement of this case (Doc. 261) and it appearing that no issue remains for the Court's determination, IT IS HEREBY ORDERED that within 60 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

    IT IS FURTHER ORDERED that all pending hearings, trial and related deadlines are VACATED.

    IT IS FURTHER ORDERED that Elliott's Motion in Limine Daubert – Ellsworth (Doc. 133); Elliott's Motion in Limine Daubert – Bezzant (Doc. 136); Elliott's Motion in Limine Daubert – Medlin (Doc. 139); Plaintiffs' Motion in Limine 6-13 (Doc. 142); and the parties Joint Motion for Admission of Certain

Evidence (Doc. 252) are **DENIED as moot.**

DATED this 23rd day of September, 2021.

                                                                                                 _____
                                                                                                  TIMOTHY J. CAVAN
                                                                                                  United States Magistrate Judge